**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1327**

EVALINA WALLS,

                    Plaintiff – Appellant,

         v.

DILLON COUNTY DETENTION CENTER,

                    Defendant - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Florence.  R. Bryan Harwell, District Judge.
(4:13-cv-02551-RBH)

Submitted:  August 20, 2015          Decided:  August 24, 2015

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Evalina Walls, Appellant Pro Se. Christopher Wofford Johnson,
Fred Adam Williams, GIGNILLIAT, SAVITZ & BETTIS, Columbia, South
Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Evalina Walls appeals the district court's order accepting the recommendation of the magistrate judge as modified and dismissing Walls' Title VII sex and retaliation discrimination claims without prejudice and dismissing the remainder of the employment discrimination and state law claims with prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Walls v. Dillon Cty. Det. Ctr., No. 4:13-cv-02551-RBH (D.S.C. Mar. 13, 2015). We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED